# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR0359 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | |
| JOHN DOYLE, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Report for Modifying the Conditions of Supervision with Consent of the Offender (Filing No. 59). United States Probation Officer Chessie A. Vesely has advised this court the Bureau of Prisons and the residential reentry center, Dismas Charities, has given Defendant a date to commence his residence there of Friday, March 29, 2019.

Upon Consideration of the facts and the law, the Court hereby ORDERS: that the Defendant shall be released from the U.S. Marshal Office in the federal courthouse, not later than 9 a.m. on Friday, March 29, 2019, and immediately report to Dismas Charities, at 506 Crown Point Ave., Omaha, NE.

In addition, the Defendant remains subject to all of the previously ordered conditions of his Supervised Release. Further, the Court orders that if the Defendant fails to follow all his terms of Supervised Release, the Court shall be notified immediately so that a warrant may issue.

DATED this 28th day of March, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge